■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SANTO GONZALEZ, Appellant.—Judgment unanimously affirmed. Memorandum: The proof of defendant's guilt is strong, if not overwhelming. Obviously, the jury discredited defendant's testimony and, considering the entire record, we find that the verdict fully accords with the weight of the evidence. We find no indication in the record of ineffective assistance of counsel and we cannot say that the alleged acts of prosecutorial misconduct deprived defendant of a fair trial. (Appeal from judgment of Supreme Court, Erie County, Marshall, J.— attempted murder, first degree.) Present—Denman, J. P., Boomer, Balio, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL BARBEAU, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Genesee County Court, Morton, J.—burglary, third degree; criminal mischief, second degree.) Present—Dillon, P. J., Callahan, Denman, Balio and Lawton, JJ.